

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-91,021-01

### EX PARTE FERNANDO ZAMORA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-372-W011671-1432653-A IN THE 372ND DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of three counts of aggravated sexual assault of a child under 14 years old and sentenced to 30 years' imprisonment. The Second Court of Appeals affirmed his conviction. *Zamora v. State,* No. 02-17-00240-CR (Tex. App.—Fort Worth, July 12, 2018). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely inform Applicant of his right to file a *pro se* petition for discretionary review (PDR). The trial court has determined that appellate counsel failed to timely inform Applicant that he could file a *pro se* PDR. As a result, Applicant lost the opportunity to timely file a *pro se* PDR.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Court of Appeals in cause number 02-17-00240-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.


Delivered:     May 6, 2020

Do not publish